**FORD HARRISON**

300 Connell Drive | Suite 4100
Berkeley Heights, New Jersey 07922
Tel 973-646-7300 | Fax 973-646-7301

Writer's Direct Contact:
MARK A. SALOMAN
973-646-7305
msaloman@fordharrison.com

December 17, 2024

**VIA ECF**

The Honorable Cathy Seibel, U.S.D.J.
The Hon. Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

  **Re: In the Matter of the Arbitration of Frank A. Ragusa v. Acme Markets, Inc.**
    **Civil Action No. 7:24-CV-5561 (CS)**

Your Honor:

  We represent defendant Acme Markets, Inc. ("Acme"). The parties jointly request modification of the September 20, 2024 briefing schedule for the motion to enforce the arbitration award as follows:

  - Defendant's Motion to Dismiss to be submitted by <u>January 20, 2025</u>;

  - Plaintiff's opposition due <u>February 27, 2025</u>; and

  - Defendant's reply due <u>April 3, 2025</u>.

  If Your Honor approves, the parties respectfully request the Court endorse this letter as "So Ordered." Thank you.

*Defendant's motion due 1/21/25. (MLK Day is 1/20/25.) Plaintiff's opposition due 2/27/25. Defendant's reply due 4/3/25. The Clerk of Court is respectfully directed to terminate ECF Nos. 6 and 7.*

SO ORDERED.

*/s/ Cathy Seibel* 12/17/24
CATHY SEIBEL, U.S.D.J.

Respectfully submitted,

FORD & HARRISON LLP

*s/ Mark A. Saloman*

MARK A. SALOMAN

MAS/smh

WSACTIVELLP:113841604.1

www.fordharrison.com