**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FRANK A. RAGUSA,

                    Petitioner,

    -against-                                  24 **CIVIL** 5561 (CS)

                                                  **JUDGMENT**

ACME MARKETS, INC.,

                    Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 20, 2025, Respondent's motion to dismiss the Complaint and confirm the Arbitration Award is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

     May 20, 2025

                                                            **TAMMI M. HELLWIG**
                                                               **Clerk of Court**

                               **BY:**       *K. Mango*

                                                               **Deputy Clerk**